IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ENRIQUE SILVA-JACINTO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVID STILL, District Director, United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, Attorney General of the United States,<br><br>　　　　Respondents.<br>_____/ | No. C 05-1469 JSW<br><br>**ORDER TRANSFERRING CASE** |

　　　　On May 23, 2005, the parties filed a Joint Status Report which, among other things, informed the Court of the recently-enacted REAL ID Act of 2005, PL 109-13, Div. B, 119 Stat. 231 ("the Act"). Section 106(a) of the Act provides that habeas petitions pending in district court on the effective date of the Act, May 11, 2005, shall be transferred to the Court of Appeals, where it will be treated as a petition for review. Specifically, pursuant to section 106(c) of the Act, district courts are directed to transfer all pending habeas petitions filed under 28 U.S.C. § 2241 challenging a final administrative order of removal, deportation, or exclusion, to the court of appeals for the circuit in which a petition for review could have been properly filed.

1  Based on the parties' joint submission and the decision by Petitioner not to oppose the
2  transfer, the Court construes the Act to apply.  Accordingly, the Court HEREBY VACATES all
3  pending deadlines and TRANSFERS this matter to the Ninth Circuit Court of Appeals.  The
4  Court notes that the STAY issued on May 6, 2005 remains in full force and effect, pending
5  further order by the Court of Appeals.
6  The Clerk is directed to transfer this case forthwith.

8  **IT IS SO ORDERED.**

10  Dated:  June 1, 2005          /s/ Jeffrey S. White
                                  JEFFREY S. WHITE
11                                UNITED STATES DISTRICT JUDGE